# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA
IN THE INTEREST OF D.S.

NO. 2025 KW 0676

**JULY 24, 2025**

---

In Re:    D.S., applying for supervisory writs, Juvenile Court, Parish of East Baton Rouge, No. 120311.

---

**BEFORE:   MILLER, EDWARDS, AND FIELDS, JJ.**

**WRIT DENIED.**

**SMM**
**BDE**

**Fields, J., concurs.** I write separately to state that while it may be permissible for the prosecutor to sign the affidavit attached to the motion to revoke probation under La. Ch. Code art. 913(A), it appears to be inappropriate under the circumstances. An affidavit should be executed by someone with firsthand knowledge of the facts sworn to in the affidavit.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT